| | |
|---|---|
| 1 | KEVIN V. RYAN (CSBN 118321) |
| 2 | United States Attorney |
| 3 | MARK L. KROTOSKI (CSBN 138549)<br>Chief, Criminal Division |
| 4 | PETER B. AXELROD (CSBN 190843) |
| 5 | LAUREL BEELER (CSBN 187656)<br>Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055 |
| 7 | San Francisco, California 94102<br>Telephone: (415) 436-6774 |
| 8 | Facsimile: (415) 436-7234 |
| 9 | Attorneys for Plaintiff |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 05-0395 CRB |
| Plaintiff, | ) | REQUEST, STIPULATION AND ORDER |
| v. | ) | |
| WU SANG NAH, | ) | |
| Defendant. | ) | |

    This matter is currently on the Court's calendar for July 26, 2006. Through counsel, defendant Wu Sang Nah and the United States ask the Court to (a) vacate the July 26, 2006 hearing based on the defendant's anticipated change-of-plea, (b) vacate the September 11, 2006 trial date, and (c) set a date of August 23, 2006, for the change-of-plea.

    1. The parties have reached an agreement in principle with respect to the pending charges. However, resolution requires coordination with other jurisdictions and that cannot occur for a period of time because counsel for the defendant, James Bustamante, is out of the office and unavailable from July 18, 2006 to August 9, 2006.

    2. Consequently, the parties request that the Court vacate the September 11, 2006 trial date

ORDER
CR 05-0395 CRB                    1

and set the matter for change-of-plea on August 23, 2006.

    3. Previously, the Court excluded time until September 11, 2006, and thus there are no Speed Trial issues.

STIPULATED:

| | |
|---|---|
| 7/24/06 | /s/ PETER B. AXELROD |
| DATE | PETER B. AXELROD<br>LAUREL BEELER<br>Assistant United States Attorneys |
| 7/24/06 | /s/ JAMES BUSTAMANTE (by Alexandra Rahn) |
| DATE | JAMES BUSTAMANTE<br>Attorney for Wu Sang Nah |

## **ORDER**

For good cause shown, with the agreement of the parties, and for the reasons stated above, the Court vacates the July 26, 2006 hearing, (b) vacates the September 11, 2006 trial date, and (c) sets a date of August 23, 2006, at 10:00 a.m. for the change-of-plea.

IT IS SO ORDERED.

DATED:__July 25, 2006____



CHARLES R. BREYER
United States District Judge

ORDER
CR 05-0395 CRB             2