JAMES A. BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax       415/394-3806

Attorney for Defendant
WU SANG NAH


UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION


UNITED STATES OF AMERICA,                CR 05-0395 CRB

              Plaintiff,                 STIPULATION AND [PROPOSED]
                                         ORDER TO CONTINUE AND
        v.                               EXCLUDE TIME

WU SANG NAH,

              Defendant.
_____/


        THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that

the change of plea date, now set for August 23, 2006, be

continued to September 27, 2006 at 10:00 a.m.  The parties

further stipulate and agree to an exclusion of time under the

Speedy Trial Act from September 11, 2006 to September 27, 2006.

This Court previously excluded time until September 11, 2006.

        As set forth in detail the accompanying declaration of

counsel, the ends of justice served by granting the continuance

outweigh the best interest of the public and the defendant in a

speedy trial, where the failure to grant the requested exclusion

would deny defense counsel reasonable time necessary for

effective preparation of the defense taking into account the

1

exercise of due diligence and for continuity of counsel.
Therefore exclusion of time is made under to 18 U.S.C. §§
3161(h)(8)(A) and (h)(8)(B)(iv).


/S/JAMES BUSTAMANTE              /S/PETER B. AXELROD
JAMES BUSTAMANTE                 PETER B. AXELROD
Attorney for WU SANG NAH         Assistant U.S. Attorney
Dated:  August 21, 2006          Dated: August 21, 2006


**IT IS SO ORDERED.**

Dated:  August 21, 2006



CHARLES R. BREYER
U.S. District Court Judge