```
 1  JAMES A. BUSTAMANTE, SBN 133675
    809 Montgomery, 2nd Floor
 2  San Francisco CA 94133
    Telephone 415/394-3800
 3  Fax       415/394-3806

 4  Attorney for Defendant
    WU SANG NAH
 5
```

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-0395 CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO CONTINUE AND EXCLUDE TIME |
| v. | |
| WU SANG NAH, | |
| Defendant. | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the change of plea date, now set for December 20, 2006, be continued to February 7, 2007 at 2:15 p.m. The parties further stipulate and agree to an exclusion of time under the Speedy Trial Act from December 20, 2006 to February 7, 2007. This Court previously excluded time until December 20, 2006.

As set forth in detail the accompanying declaration of counsel, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial, where the failure to grant the requested exclusion would deny defense counsel reasonable time necessary for effective preparation of the defense taking into account the

1

1 | exercise of due diligence and for continuity of counsel.
2 | Therefore exclusion of time is made under to 18 U.S.C. §§
3 | 3161(h)(8)(A) and (h)(8)(B)(iv).

| /S/JAMES BUSTAMANTE | /S/PETER B. AXELROD |
|---|---|
| JAMES BUSTAMANTE | PETER B. AXELROD |
| Attorney for WU SANG NAH | Assistant U.S. Attorney |
| Dated: December 18, 2006 | Dated: December 18, 2006 |

**IT IS SO ORDERED.**

Dated: Dec. 19, 2006

CHARLES R. BREYER
U.S. District Court Judge

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED / Judge Charles R. Breyer]*

2