JAMES A. BUSTAMANTE, SBN 133675
809 Montgomery, 2nd Floor
San Francisco CA 94133
Telephone 415/394-3800
Fax        415/394-3806

Attorney for Defendant
WU SANG NAH

UNITED STATES DISTRICT COURT
DISTRICT OF NORTHERN CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 05-0395 CRB |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER TO CONTINUE AND EXCLUDE TIME |
| v. | |
| WU SANG NAH, | |
| Defendant. / | |

THE UNDERSIGNED PARTIES HEREBY STIPULATE and agree that the change of plea date, now set for February 28, 2007, be continued to March ~~14~~ 21, 2007 at 2:15 p.m.  The parties further stipulate and agree to an exclusion of time under the Speedy Trial Act from February 28, 2007 to March ~~14~~ 21, 2007.  This Court previously excluded time until February 28, 2007.

As set forth in detail the accompanying declaration of counsel, the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial, where the failure to grant the requested exclusion would deny defense counsel reasonable time necessary for effective preparation of the defense taking into account the

1

1 | exercise of due diligence and for continuity of counsel.
2 | Therefore exclusion of time is made under to 18 U.S.C. §§
3 | 3161(h)(8)(A) and (h)(8)(B)(iv).

/S/JAMES BUSTAMANTE                /S/PETER B. AXELROD
JAMES BUSTAMANTE                   PETER B. AXELROD
Attorney for WU SANG NAH           Assistant U.S. Attorney
Dated: February 26, 2007           Dated: February 26, 2007

**IT IS SO ORDERED.**

Dated: February 27, 2007

_____
CHARLES R. BREYER
U.S. District Court Judge

*[Seal: United States District Court, Northern District of California — IT IS SO ORDERED, Judge Charles R. Breyer]*

2